# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT V. SUMMERS and | § | |
| PATRICIA L. SUMMERS | § | |
|       Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-5563 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|       Defendant. | § | |

## FINAL JUDGMENT

On May 11, 2004, the parties consented to proceed before a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment (Docket Entry #13). The parties advised the court that an amicable settlement had been reached, and on June 1, 2005, the court entered an order dismissing the matter, without prejudice, to the right of any party to move for reinstatement within 60 days (Docket Entry #25). To date no such motion has been filed, therefore, it is

ORDERED that this case is DISMISSED, without prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas this 27th day of September, 2005.


MARY MILLOY
UNITED STATES MAGISTRATE JUDGE